IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 2 2 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-19-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND M. FITCH, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, December 20, 2018 at 9:30 a.m. is **VACATED** and **RESET** for **Wednesday, December 19, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of October, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1